AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

Coastal Chemical Co., L.L.C.
*Plaintiff*
v.
Jason M. Thompson
*Defendant*

Civil Action No. 6:25-cv-00086-H

## Summons in a Civil Action

**TO:** Jason M. Thompson
3553 Black Buck Trail
San Angelo , TX 76901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jonathan Herman
1601 Elm Street, Suite 4460
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 11/03/2025

Case 6:25-cv-00086-H Document 4 Filed 11/03/25 Page 2 of 2 PageID 142

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-00086-H

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) Jason M. Thompson
was received by me on (*date*) 11/04/2025.

☑ I personally served the summons on the individual at (*place*) 3553 Black Buck Trail San Angelo, Texas 76901 on (*date*) 11/05/2025; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______, a person of suitable age and discretion who resides there, on (*date*) ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______, who is designated by law to accept service of process on behalf of (*name of organization*) ______ on (*date*) ______; or

☐ I returned the summons unexecuted because ______; or

☐ other (*specify*) ______

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 11/05/2025

[signature]
Server's signature

Gabriel M Rangel process server
Printed name and title

1300 West Beauregard Ave. #24 San Angelo, TX 76901
Server's address

Additional information regarding attempted service, etc: